1  Deborah J. Fox (SBN: 110929)
   dfox@meyersnave.com
2  Tricia L. Hynes (SBN: 212550)
   thynes@meyersnave.com
3  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
4  Oakland, CA  94607
   Telephone: (510) 808-2000
5  Facsimile: (510) 444-1108

6  Attorneys for Defendants
   CITY OF PITTSBURG, CHIEF AARON BAKER,
7  LIEUTENANT DERBY, SERGEANT CALIA, and
   SERGEANT DUPONT
8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11  | ALFRED J. ABONO, JR. | Case No:    C07-05371 JCS |

12           Plaintiff,

13  v.                                **CERTIFICATE OF SERVICE**

14  CITY OF PITTSBURG, a municipal entity
    form unknown; AARON L. BAKER, Chief of
15  Police, City of Pittsburg in his individual and
    official capacity; LT. W. DERBY, City of
16  Pittsburg Police Department, an individual,
    SGT. (fnu) CALIA, City of Pittsburg Police
17  Department, an individual, SGT. (fnu)
    DUPONT, City of Pittsburg Police
18  Department, an individual, and JOHN DOES
    1-20,
19
             Defendants.
20

21

22

23

24

25

26

27

28

1   **PROOF OF SERVICE**                          **FRCP Rule 5(b)**

2          I am employed in the City of Oakland and County of Alameda, California. I am over the age
3   of 18 years and not a party to the within action. My business address is Meyers, Nave, Riback,
    Silver & Wilson, 555 12th Street, Suite 1500, Oakland, CA 94607.

4
5          On October 23, 2007, I served the within:

6   ▪   **DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1331 and 1441(b)
        & (c) ;**
7   ▪   **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**
    ▪   **STANDING ORDER (JCS)**
8   ▪   **NOTICE OF RULE DISCONTINUING SERVICE BY MAIL;**
    ▪   **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA**
9       **– CONTENTS OF JOINT CASE MANAGEMENT STATEMENT;**
10  ▪   **EFC REGISTRATION INFORMATION HANDOUT;**
    ▪   **WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO (HANDOUT);**
11  ▪   **PUBLIC NOTICE  - MAGISTRATE JUDGE**
    ▪   **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE**
12      **JUDGE FOR TRIAL;**
13  ▪   **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
        **(BLANK); and**
14  ▪   **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST**
        **FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**
15

16  on the parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

17  Dennis Cunningham                           Attorneys for Plaintiffs
    Law Offices of Dennis Cunningham
18  115-1/2 Bartlett Street                     Telephone No.: (415) 285.8091
19  San Francisco, CA 94110                     Facsimile No.:  (415) 285.8092
                                                Email:  denniscunningham@juno.com
20  Alan Caplan, Esq.
    630 Carolina Street                         Telephone No.: (415) 826.2371
21  San Francisco, CA 94107                     Facsimile No.:  (415) 824.7148
22                                              Email: apc716@pacbell.net

23  Jai M. Cohel
    Attorney at Law                             Telephone No.: (415) 771.6174
24  819 Eddy Street                             Facsimile No.:  (415) 474.3748
25  San Francisco, CA 94109                     Email: jaigohel@rocketmail.com

26

27  ///

28  ///

---

Defendants' Proof of Service [C07-05371JCS]                                   1

1

2   __X__    **(BY FIRST-CLASS MAIL)** I caused each such envelope, with postage thereon fully prepaid,
to be placed in the United States mail at Oakland, California. I am readily familiar with
3           the business practice for collection and processing of mail in this office; and that in the
ordinary course of business said document would be deposited with the U.S. Postal
4           Service in Oakland on that same day. I understand that service shall be presumed invalid
upon motion of a party served if the postal cancellation date or postage meter date on the
5           envelope is more than one day after the date of deposit for mailing contained in this
declaration.
6

7           I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.
8

9           EXECUTED at Oakland, California on <u>October 24, 2007</u>.

10

11          Kathleen K. Yanaga

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28