UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALFRED J. ABONO, JR.

        Plaintiff(s),

v.

CITY OF PITTSBURG, et al.

        Defendant(s).

No. C 07-05371 JCS

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: October 29, 2007

Signature _____

Counsel for Defendants
(Plaintiff, Defendant, or indicate "pro se")