| | |
|---|---|
| 1 | Deborah J. Fox (SBN: 110929) |
| 2 | dfox@meyersnave.com<br>Tricia L. Hynes (SBN: 212550) |
| 3 | thynes@meyersnave.com<br>MEYERS, NAVE, RIBACK, SILVER & WILSON |
| 4 | 555 12th Street, Suite 1500<br>Oakland, CA  94607 |
| 5 | Telephone: (510) 808-2000<br>Facsimile: (510) 444-1108 |
| 6 | Ruthann G. Ziegler (SBN: 88854) |
| 7 | rziegler@meyersnave.com<br>MEYERS, NAVE, RIBACK, SILVER & WILSON |
| 8 | 555 Capitol Mall, Suite 1200<br>Sacramento, CA  95814 |
| 9 | Telephone: (916) 556-1531<br>Facsimile: (916) 556-1516 |
| 10 | Attorneys for Defendants |
| 11 | CITY OF PITTSBURG, CHIEF AARON BAKER,<br>LIEUTENANT WADE DERBY, SERGEANT JAMES CALIA, and |
| 12 | SERGEANT RODERICK DUPONT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALFRED J. ABONO, JR. | Case No:  C07-5371 MHP |
|---|---|
| Plaintiff, | |
| v. | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| CITY OF PITTSBURG, a municipal entity form unknown; AARON L. BAKER, Chief of Police, City of Pittsburg in his individual and official capacity; LT. W. DERBY, City of Pittsburg Police Department, an individual, SGT. (fnu) CALIA, City of Pittsburg Police Department, an individual, SGT. (fnu) DUPONT, City of Pittsburg Police Department, an individual, and JOHN DOES 1-20, | Complaint Filed:  August 2, 2007<br>Service Effective:  September 21, 2007<br>Removed on October 22, 2007 |
| Defendants. | |

Certificate of Interested Parties [C07-5371 MHP]

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: December 4, 2007

Respectfully submitted,

MEYERS, NAVE, RIBACK, SILVER & WILSON

By: _____/s/_____
       Tricia L. Hynes
Attorneys for Defendants
CITY OF PITTSBURG, CHIEF AARON BAKER, LIEUTENANT WADE DERBY, SERGEANT JAMES CALIA, and SERGEANT RODERICK DUPONT

1035292_1.DOC