DENNIS CUNNINGHAM, CA SBN 11290
Law Offices of Dennis Cunningham
115 ½  Bartlett Street
San Francisco, California 94110
Telephone:  (415) 285-8091
Facsimile:   (415) 285-8092

ALAN CAPLAN, MA SBN 072700
630 Carolina Street
San Francisco, CA 94107
Telephone:  (415) 826-2371
Facsimile:   (415) 824-7148
Email: apc716@pacbell.net

JAI M. GOHEL, CA SBN No. 170782
Attorney at Law
819 Eddy Street
San Francisco, California 94109
Telephone:  (415) 771-6174
Facsimile:   (415) 474-3748
Email: jaigohel@rocketmail.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
-oo0oo-

ALFRED J. ABONO, JR ,
       Plaintiffs,
  v.

CITY OF PITTSBURG, a municipal entity form unknown, AARON L. BAKER, Chief of Police, City of Pittsburg in his individual and official capacity, LT. W. DERBY, City of Pittsburg Police Department, an individual, SGT. (fnu) CALIA, City of Pittsburg Police Department, an individual, SGT. (fnu) DUPONT, City of Pittsburg Police Department, and JOHN DOES 1-20.

       Defendants.

No. C 07-05371  MHP

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADR DEADLINE**

-1-
STIPULATION AND PROPOSED ORDER

1  Plaintiff, by and through counsel Jai M. Gohel, and defendants, by and through counsel, Tricia Hynes, hereby respectfully request, move and stipulate that the Court extend the ADR deadline currently set for February 28, 2008, an additional sixty (60) days. This request is made for the following reasons:

1. There is a matter, <u>Abono v. City of Pittsburg, No. CV 07-03969 SBA</u>, which deals with federal claims and request for injunctive and declaratory relief arising from the same incident as the case at bar, which has been assigned to Magistrate James Larson for settlement conference, currently scheduled for March 11, 2008. The parties hope to address settlement of all claims, including plaintiff Abono's individual claims presented in the case at bar against defendants during the settlement conference with Judge Larson.

2. Mediator Louis Leone, Esq., is currently set for trial in Santa Clara County Superior Court on February 19, 2008, and thus is unavailable to mediate this matter the last two weeks before the ADR deadline.

3. Defendants' counsel, Tricia Hynes, is scheduled to be on vacation during the week of February 18, 2008.

The parties and the mediator believe extending the ADR deadline will accommodate the schedules of counsel and the mediator, and will avoid duplicative mediation/settlement efforts in the two matters before this Court and Judge Armstrong's matter.

**IT IS HEREBY STIPULATED** that the ADR Deadline in this matter be extended from February 28, 2008 to April 28, 2008.

DATED: January 16, 2008

_____/s/*Jai M. Gohel*_____
DENNIS CUNNINGHAM
ALAN CAPLAN
JAI M. GOHEL

Attorneys for Plaintiffs

-2-
STIPULATION AND PROPOSED ORDER

-3-

DATED: January 16, 2008

             _____/s/ Tricia Hynes_____
             TRICIA HYNES
             Attorneys for Defendants

I CONSENT TO THIS STIPULATION

DATED: January 16, 2008

             __/s/ Louis Leone_____
             LOUIS LEONE
             ADR Mediator

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED: _____

             _____
             Hon. MARILYN HALL PATEL
             United States District Court Judge