1  DENNIS CUNNINGHAM, CA SBN 11290
   Law Offices of Dennis Cunningham
2  115 ½ Bartlett Street
   San Francisco, California 94110
3  Telephone: (415) 285-8091
   Facsimile:  (415) 285-8092
4

5  ALAN CAPLAN, MA SBN 072700
   630 Carolina Street
6  San Francisco, CA 94107
   Telephone: (415) 826-2371
7  Facsimile:  (415) 824-7148
   Email: apc716@pacbell.net
8

9  JAI M. GOHEL, CA SBN No. 170782
   Attorney at Law
10 819 Eddy Street
   San Francisco, California 94109
11 Telephone: (415) 771-6174
   Facsimile:  (415) 474-3748
12 Email: jaigohel@rocketmail.com

13
   Attorneys for Plaintiff
14

15              IN THE UNITED STATES DISTRICT COURT
16            FOR THE NORTHERN DISTRICT OF CALIFORNIA
                            -oo0oo-

17 ALFRED J. ABONO, JR.,
             Plaintiffs,
18     v.                              No. C 07-05371 MHP
19
   CITY OF PITTSBURG, a municipal entity
20 form unknown, AARON L. BAKER, Chief of   **STIPULATION AND [PROPOSED] ORDER**
   Police, City of Pittsburg in his individual and   **TO CONTINUE ADR DEADLINE**
21 official capacity, LT. W. DERBY, City of
   Pittsburg Police Department, an individual,
22 SGT. (fnu) CALIA, City of Pittsburg Police
   Department, an individual, SGT. (fnu)
23 DUPONT, City of Pittsburg Police
   Department, and JOHN DOES 1-20.
24
25         Defendants.
26
27
28
                                    -1-

1   Plaintiff, by and through counsel Jai M. Gohel, and defendants, by and through counsel, Tricia Hynes, hereby respectfully request, move and stipulate that the Court extend the ADR deadline currently set for February 28, 2008, an additional sixty (60) days. This request is made for the following reasons:

1.   There is a matter, <u>Abono v. City of Pittsburg, No. CV 07-03969 SBA</u>, which deals with federal claims and request for injunctive and declaratory relief arising from the same incident as the case at bar, which has been assigned to Magistrate James Larson for settlement conference, currently scheduled for March 11, 2008. The parties hope to address settlement of all claims, including plaintiff Abono's individual claims presented in the case at bar against defendants during the settlement conference with Judge Larson.

2.   Mediator Louis Leone, Esq., is currently set for trial in Santa Clara County Superior Court on February 19, 2008, and thus is unavailable to mediate this matter the last two weeks before the ADR deadline.

3.   Defendants' counsel, Tricia Hynes, is scheduled to be on vacation during the week of February 18, 2008.

The parties and the mediator believe extending the ADR deadline will accommodate the schedules of counsel and the mediator, and will avoid duplicative mediation/settlement efforts in the two matters before this Court and Judge Armstrong's matter.

**IT IS HEREBY STIPULATED** that the ADR Deadline in this matter be extended from February 28, 2008 to April 28, 2008.

DATED: January 16, 2008

/s/Jai M. Gohel
DENNIS CUNNINGHAM
ALAN CAPLAN
JAI M. GOHEL

Attorneys for Plaintiffs

STIPULATION AND PROPOSED ORDER

DATED: January 16, 2008

/s/ Tricia Hynes
TRICIA HYNES
Attorneys for Defendants

I CONSENT TO THIS STIPULATION

DATED: January 16, 2008

/s/ Louis Leone
LOUIS LEONE
ADR Mediator

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED** except as follows: This matter is referred to Magistrate Judge Larson to conduct a settlement conference with case 07-3969BA and the motion to remand is placed in abeyance.

DATED: 1/18/08

Hon. MARILYN HALL PATEL
United States District Court Judge

-3-
STIPULATION AND PROPOSED ORDER