1  Jai M. Gohel (SBN: 170782)
   jaigohel@rocketmail.com
2  LAW OFFICES
   819 Eddy Street
3  San Francisco, CA 94109
   Telephone: (415) 771-6174
4  Facsimile: (415) 474-3748

5  Attorneys for Plaintiff
   ALFRED J. ABONO, JR.
6
   Deborah J. Fox (SBN: 110929)
7  dfox@meyersnave.com
   Tricia L. Hynes (SBN: 212550)
8  thynes@meyersnave.com
   MEYERS, NAVE, RIBACK, SILVER & WILSON
9  555 12th Street, Suite 1500
   Oakland, CA 94607
10 Telephone: (510) 808-2000
   Facsimile: (510) 444-1108
11
   Attorneys for Defendants
12 CITY OF PITTSBURG, CHIEF AARON BAKER,
   LIEUTENANT WADE DERBY, SERGEANT JAMES CALIA, and
13 SERGEANT RODERICK DUPONT

14
                    UNITED STATES DISTRICT COURT
15
                  NORTHERN DISTRICT OF CALIFORNIA
16

| | |
|---|---|
| ALFRED J. ABONO, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF PITTSBURG, a municipal entity form unknown; AARON L. BAKER, Chief of Police, City of Pittsburg in his individual and official capacity; LT. W. DERBY, City of Pittsburg Police Department, an individual, SGT. (fnu) CALIA, City of Pittsburg Police Department, an individual, SGT. (fnu) DUPONT, City of Pittsburg Police Department, an individual, and JOHN DOES 1-20,<br><br>    Defendants. | Case No: C07-5371 MHP<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date: **February 4, 2008**<br>Time: **4:00 p.m.**<br>Dept.: **Courtroom 15, 18th Floor**<br><br>Complaint Filed: August 2, 2007<br>Service Effective: September 21, 2007<br>Removed on October 22, 2007 |

Certificate of Interested Parties

1. <u>Jurisdiction & Service</u>.  This is a civil rights case, under 42 USC 1983, seeking Declaratory and Injunctive relief, and damages, for violation of the plaintiffs' First Amendment rights, thus jurisdiction is proper based upon 28 USC §1441(b). All parties have been served.

2. <u>Facts</u>.

    A.  <u>Plaintiffs' Facts</u>:

The case arises from actions of Pittsburg police officers who refused to permit plaintiffs to attend or participate in a city-sponsored motorcycle fair, in May, 2006, because they were wearing clothing with pictures and emblems, etc., representing the "Hells Angels Motorcycle Club", and hoping to sell and distribute tee-shirts and other materials bearing those and similar symbols at a booth in the fair. The defendant officers claimed (falsely) that there was an city Ordinance and/or policy which allowed them to forbid plaintiffs and others similarly situated entry to the fair unless they would remove the clothing, and refrain from distributing the club materials. Plaintiff Albert Abono was arrested and jailed when he refused on principle to remove his jacket or leave the fair.

    B.  <u>Defendants' Facts</u>:

One or more of the Plaintiffs were attending a first annual Thunder Days motorcycle event sponsored by the Pittsburg Chamber of Commerce. Signs were posted by the Chamber of Commerce at all points of ingress and egress stating that no gang colors or club jackets could be worn at the event and attendees had to pay a fee to enter. When Pittsburg Police Officers saw Hell's Angels Motorcycle club members setting up a booth and wearing club jackets, the Officers radioed their Chamber contact to ask if the booth was authorized by the Chamber, and to see if the Chamber wanted the "no club jackets" Chamber rule enforced. The Chamber contact said that the booth was not authorized and asked that the officers remove it. The Chamber contact further stated that she would like the no club paraphernalia enforced. The officers told the Hell's Angels to remove their booth and take off their club paraphernalia. All but plaintiff Alfred Abono complied. After pleading with him to no avail, the officers had no other choice but to arrest him.

3. <u>Legal Issues</u>.

    A.  Whether plaintiff Abono's rights were violated?

      B. Whether plaintiff Abono can recover damages for arrest and imprisonment in violation of his rights?

      C. Whether the individual defendants or any of them are entitled to qualified immunity?

      D. Whether the individual defendants' actions were reasonable?

4. <u>Motions</u>. No motions yet made by either side.

5. <u>Amendment of Pleadings</u>. None contemplated at this time.

6. <u>Evidence Preservation</u>. Defendants have issued a memo to all applicable City departments requesting that they preserve any documents and things that are related to this case because of this litigation.

7. <u>Disclosures</u>. Initial disclosures have been completed.

8. <u>Discovery</u>. Discovery not yet initiated; again, pending settlement discussions

9. <u>Class Action</u>  N/A

10. <u>Related Case</u>. Plaintiff Abono, along with two other plaintiffs, have filed an Action in federal court, presently pending before the Honorable Saundra Brown Armstrong, Action No. C07-3969 SBA. Both this Action and Action No. C07-3969 SBA are presently set for an early settlement conference before Magistrate Judge Larson on March 11, 2008.

11. <u>Relief</u>. Plaintiff seeks money damages under Sec. 1983 and/or the Bane Act (Cal Civil Code Sec. 52.1 *et seq*) for false arrest etc.

12. <u>Settlement & ADR</u>. Settlement discussions are in progress already, as noted. In addition, parties have stipulated to an early settlement conference before a Magistrate Judge, currently set for March 11, 2008.

13. <u>Consent to Magistrate</u>. Defendants previously declined to proceed before a magistrate judge.

14-16. Not applicable.

17. <u>Schedule</u>. Parties suggest the matter be put over for another status report around the end of March; by which time the matter may well be fully or partially resolved, and remaining scheduling needs, if any, will be apparent.

18. <u>Trial</u>. Plaintiff requests jury trial; defendants reserve, and parties agree that the case should take no more than two or three days for presentation of evidence.

1  19. <u>Interests of Non-parties</u>.  None known to any party.

2  20. <u>Other</u>.  The City of Pittsburg recently adopted a Special Events Permitting Ordinance and mandatory Administrative Instructions which may wholly or partially moot this entire litigation.

Dated: January 25, 2008          Respectfully submitted,

                                 LAW OFFICES


                                 By:  _____/s/_____
                                         Jai Gohel
                                 Attorneys for Plaintiff
                                 ALFRED ABONO

Dated: January 25, 2008          Respectfully submitted,

                                 MEYERS, NAVE, RIBACK, SILVER & WILSON


                                 By:  _____/s/_____
                                         Tricia L. Hynes
                                 Attorneys for Defendants
                                 CITY OF PITTSBURG, CHIEF AARON BAKER,
                                 LIEUTENANT WADE DERBY, SERGEANT JAMES CALIA,
                                 and SERGEANT RODERICK DUPONT

1051946_1.DOC