UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED J. ABONO, JR., | No. C 07-05371 MHP |
| Plaintiff(s), | **CLERK'S NOTICE**<br>**(Rescheduling Case Management Conference)** |
| v. | |
| CITY OF PITTSBURG et al, | |
| Defendant(s). | |

    Due to pending settlement negotiations before Magistrate Judge James Larson, the case management conference in this matter currently set for February 4, 2008, is hereby rescheduled to **March 31, 2008, at 4:00 p.m.** A joint supplemental Case Management Statement is due ten days prior to the conference.

    Richard W. Wieking
    Clerk, U.S. District Court

Dated: February 1, 2008    Anthony Bowser, Deputy Clerk to the
    Honorable Marilyn Hall Patel
    (415) 522-3140