IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED J. ABONO, JR., | No. C 07-05371 MHP |
| Plaintiff, | **Clerk's Notice Rescheduling Hearing** |
| v. | |
| CITY OF PITTSBURG, | |
| Defendant. / | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the *case management conference* previously set for 03/31/08 at 4:00 PM has been rescheduled for **Monday, 06/09/08** at **4:00 PM**, before the Honorable Marilyn Hall Patel. Please report to Courtroom 15, on the 18th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than 10 days prior, counsel shall submit a joint case management conference statement.

Dated: March 28, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
R. B. Espinosa
Deputy Clerk