# CIVIL MINUTES

**Chief Magistrate Judge James Larson**

**Date:** March 11, 2008

**Case No.:** C 07-5371 MHP  (JL)

**Case Name:**   Alfred J. Abono v. City of Richmond, et al.,

**Counsel Present:**      **Plaintiff**: Alan Caplan, Dennis Cunningham

　　　　　　　　　　　　**Defendant:** Tricia Hynes, Deborah Fox

**Deputy Clerk:** Venice E. Thomas

I hereby certify that a settlement conference was held in the above-referenced cases with the following outcome:

|  |  |
|---|---|
| _____ | Settle |
| _____ | Partial settlement |
| __X__ | Did not settle |
|  | Further settlement conference ordered: _____ |

**Time:**   2.5   hrs

**Comments:**

　　　　　　　　　　　　　　　　*Venice E. Thomas*
　　　　　　　　　　　　　　　　Venice E. Thomas,  Deputy Clerk

cc: Wings Hom, Tony Bowser