# CIVIL MINUTES

**Chief Magistrate Judge James Larson**

**Date:** April 10, 2008

**Case No.:** C 07-5371 MHP  (JL)

**Case Name:**   Alfred J. Abono v. City of Richmond, et al.,

**Counsel Present:**      **Plaintiff**: Alan Caplan

                         **Defendant:** Deborah Fox

**Deputy Clerk:** Venice E. Thomas

I hereby certify that a telephone settlement conference was held in the above-referenced case with the following outcome:

|   |   |
|---|---|
| _____ | Settle |
| _____ | Partial settlement |
| __X__ | Did not settle |
|   | Further settlement conference ordered: _____ |

**Time:**   1  hr

**Comments:**

*(signed)* Venice E. Thomas
                                Venice E. Thomas,  Deputy Clerk

cc: Wings Hom, Tony Bowser