Deborah J. Fox (SBN: 110929)
dfox@meyersnave.com
Tricia L. Hynes (SBN: 212550)
thynes@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Ruthann G. Ziegler (SBN: 88854)
rziegler@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 Capitol Mall, Suite 1200
Sacramento, CA 95814
Telephone: (916) 556-1531
Facsimile: (916) 556-1516

Attorneys for Defendants
CITY OF PITTSBURG, CHIEF AARON BAKER,
LIEUTENANT WADE DERBY, SERGEANT JAMES CALIA, and
SERGEANT RODERICK DUPONT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED J. ABONO, JR.<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PITTSBURG, a municipal entity form unknown; AARON L. BAKER, Chief of Police, City of Pittsburg in his individual and official capacity; LT. W. DERBY, City of Pittsburg Police Department, an individual, SGT. (fnu) CALIA, City of Pittsburg Police Department, an individual, SGT. (fnu) DUPONT, City of Pittsburg Police Department, an individual, and JOHN DOES 1-20,<br><br>Defendants. | Case No: C07-5371 MHP<br><br>**[PROPOSED] ORDER RE STIPULATION RE USE OF PRIOR SETTLEMENT CONFERENCE IN CONCURRENT CASE IN LIEU OF MEDIATION HEREIN**<br><br>Complaint Filed: August 2, 2007<br>Service Effective: September 21, 2007<br>Removed on October 22, 2007 |

1     Having reviewed the parties' Stipulation Re Use Of Prior Settlement Conference In Concurrent Case In Lieu Of Mediation Herein and other pleadings on file in the above-entitled case, the Court HEREBY GRANTS parties' Stipulation.

    All parties participated in a settlement conference with Magistrate James Larson on March 11, 2008 in the companion case titled *Alfred Abono et al. v. City of Pittsburg et al.*, United States District Court, Northern District of California, Case No. C07-3969 SBA, pending before Judge Saundra B. Armstrong. Magistrate Larson asked for additional information and the settlement conference was continued to allow the City time to confer with its legislative body the City Council. The parties anticipate a follow up session with Magistrate Larson to be set in the near future. The parties request that the settlement conference before Judge Larson serve as a substitute for the mediation program in this matter and request that the order referring the matter to court-connected mediation be formally vacated.

    IT IS HEREBY ORDERED THAT the settlement conference before Judge Larson serve as a substitute for the mediation program in this matter and the order referring the matter to court-connected mediation be formally vacated..

Dated: _____, 2008      _____
                                               HON. MARILYN H. PATEL
                                               JUDGE, USDC, NORTHERN DISTRICT

1082655.1
1029.4011