1  Deborah J. Fox (SBN: 110929)
   dfox@meyersnave.com
2  Tricia L. Hynes (SBN: 212550)
   thynes@meyersnave.com
3  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
4  Oakland, CA  94607
   Telephone: (510) 808-2000
5  Facsimile: (510) 444-1108

6  Ruthann G. Ziegler (SBN: 88854)
   rziegler@meyersnave.com
7  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 Capitol Mall, Suite 1200
8  Sacramento, CA  95814
   Telephone: (916) 556-1531
9  Facsimile: (916) 556-1516

10 Attorneys for Defendants
   CITY OF PITTSBURG, CHIEF AARON BAKER,
11 LIEUTENANT WADE DERBY, SERGEANT JAMES CALIA, and
   SERGEANT RODERICK DUPONT
12

13                         UNITED STATES DISTRICT COURT

14                        NORTHERN DISTRICT OF CALIFORNIA

15 | ALFRED J. ABONO, JR.                          | Case No:  C07-5371 MHP

16 |           Plaintiff,

17 | v.                                             | [PROPOSED] ORDER RE STIPULATION
                                                     RE USE OF PRIOR SETTLEMENT
18 | CITY OF PITTSBURG, a municipal entity          | CONFERENCE IN CONCURRENT CASE
     form unknown; AARON L. BAKER, Chief of          IN LIEU OF MEDIATION HEREIN
19   Police, City of Pittsburg in his individual and
     official capacity; LT. W. DERBY, City of
20   Pittsburg Police Department, an individual,    | Complaint Filed:  August 2, 2007
     SGT. (fnu) CALIA, City of Pittsburg Police     | Service Effective:  September 21, 2007
21   Department, an individual, SGT. (fnu)          | Removed on October 22, 2007
     DUPONT, City of Pittsburg Police
22   Department, an individual, and JOHN DOES
     1-20,
23
              Defendants.
24

25

26

27

28

[PROPOSED] ORDER RE STIPULATION RE MEDIATION                                    [C07-5371-MHP]

1     Having reviewed the parties' Stipulation Re Use Of Prior Settlement Conference In Concurrent Case In Lieu Of Mediation Herein and other pleadings on file in the above-entitled case, the Court HEREBY GRANTS parties' Stipulation.

    All parties participated in a settlement conference with Magistrate James Larson on March 11, 2008 in the companion case titled *Alfred Abono et al. v. City of Pittsburg et al.*, United States District Court, Northern District of California, Case No. C07-3969 SBA, pending before Judge Saundra B. Armstrong. Magistrate Larson asked for additional information and the settlement conference was continued to allow the City time to confer with its legislative body the City Council. The parties anticipate a follow up session with Magistrate Larson to be set in the near future. The parties request that the settlement conference before Judge Larson serve as a substitute for the mediation program in this matter and request that the order referring the matter to court-connected mediation be formally vacated.

    IT IS HEREBY ORDERED THAT the settlement conference before Judge Larson serve as a substitute for the mediation program in this matter and the order referring the matter to court-connected mediation be formally vacated..

Dated:   April 15  , 2008           _____
                                                  HON. MARILYN H. PATEL
                                                  JUDGE, U.S. DISTRICT COURT

*IT IS SO ORDERED — Judge Marilyn H. Patel (signed)*

1082655.1
1029.4011