# CIVIL MINUTES

**Chief Magistrate Judge James Larson**

**Date: May 12, 2008**

**Case No.:**   C 07-5371 MHP; C 07-3969 SBA  (JL)

**Case Name:**   Alfred J. Abono v. City of Richmond, et al.,
                 Alfred J. Abono v. City of Pittsburg, et al.,

**Counsel Present:**     **Plaintiff**: Dennis Cunningham, Jai Gohel, Alan Caplan

                         **Defendant:** Tricia Hynes

**Deputy Clerk:** Venice E. Thomas

I hereby certify that a settlement conference was held in the above-referenced cases with the following outcome:

|         |                                              |
|---------|----------------------------------------------|
| _____  | Settle                                       |
| _____  | Partial settlement                           |
|   X     | Did not settle                               |
|         | Further settlement conference ordered: _____ |

**Time:**   2.0  hrs

**Comments:** Parties are negotiating.

*(signature: Venice E. Thomas)*

Venice E. Thomas, Deputy Clerk

cc: Wings Hom, Lisa Clark, Tony Bowser