## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: June 9, 2008

Case No.    C 07-5371  MHP            Judge: MARILYN H. PATEL

Title: ALFRED J. ABONO JR -v- CITY OF PITTSBURG et al

Attorneys:  Plf: Jai Gohel
            Dft: Tricia Hynes

Deputy Clerk:  Anthony Bowser   Court Reporter: Sahar McVickar

## PROCEEDINGS

1)   Case Management Conference

2)

3)

## ORDERED AFTER HEARING:

Court to issue 90 day conditional dismissal.